UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTOINE JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL BAXTER, JR. EAST ST. LOUIS POLICE DEPARTMENT, CITY OF EAST ST. LOUIS, CHIEF OF POLICE OF EAST ST. LOUIS, ALVIN PARK,<br><br>    Defendants. | Case No. 19-cv-00131-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendants Michael Baxter, Kr., East St. Louis Police Department, et al., ("Defendants") Motion to Compel (Doc. 54).

Defendants issued a valid subpoena upon McDonald's, 588 North 24th Street, East St. Louis, IL on November 17, 2022. As of the date of filing on January 18, 2023, McDonald's has not responded to the subpoena, which Defendants attached to their motion to compel. (Doc. 54, Ex. A).

The subpoena commands McDonald's at 588 North 24th Street, East St. Louis, Illinois commands to produce video and audio records related to the shooting on February 18, 2018, between 3:00 a.m. and 8 a.m. pursuant to Federal Rule of Civil Procedure 45(a)(4). The video and audio records were due on December 1, 2022. McDonald's has not produced the requested material. Pursuant to Federal Rule of Civil Procedure 45(g), this court may hold a party in contempt who, having been served, fails without adequate excuse to obey the subpoena or an order related to the subpoena.

The Court hereby **GRANTS** Defendants' Motion to Compel (Doc. 54) and **ORDERS** that McDonald's 588 North 24th Street, East St. Louis, IL respond to the subpoena within 21 days entry of this Order. Failure to respond to this order may result in a finding of contempt of Court.

**IT IS SO ORDERED.**
**Dated: January 20, 2023**

<u>/s/ J. Phil Gilbert</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**